# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUANITA MUKUI** and **STANLEY MUKUI**, *Plaintiffs* v. **ANNA CHAU**, Philadelphia District Director, U.S. Citizenship & Immigration Services, **KENNETH T. CUCCINELLI**, Acting Director of USCIS, **CHAD F. WOLF**, Acting Secretary, U.S. Department of Homeland Security,[1] **WILLIAM BARR**, U.S. Attorney General, *Defendants* | Case No.  19-cv-03249-JMY |

## ORDER

**AND NOW**, this 17th day of June, 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 8), Plaintiffs' Cross Motion for Summary Judgment (ECF No. 13), Defendants' Response to Plaintiff's Motion for Summary Judgment (ECF No. 14), and Plaintiffs' Reply in Support of Summary Judgment (ECF No. 15), **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion for Summary Judgment (ECF No. 8) is **GRANTED**;

(2) Plaintiffs' Cross-Motion for Summary Judgment (ECF No. 13) is **DENIED**;

(3) Judgment is entered for the Defendants; and

(4) The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

**BY THE COURT:**

/s/ John Milton Younge

**Judge John Milton Younge**

---

[1] Chad F. Wolf became the Acting Secretary, U.S. Department of Homeland Security on November 13, 2019.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Chad F. Wolf is automatically substituted for Kevin K. McAleenan as a defendant in this suit.